IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-CV-02895-CBS

DARLINE STEWART,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

---

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO
FED.R.CIV.P. 41(a)(1)(A)(ii)**

---

Plaintiff Darline Stewart ("Plaintiff or "Stewart"), appearing *pro se*, and Defendant Leprino Foods Company ("Defendant" or "Leprino"), hereby Stipulate to a dismissal with prejudice of all claims asserted in this matter pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Plaintiff has decided that she no longer wishes to proceed with her claims asserted herein. The parties have agreed that each party will pay its own attorneys' fees and costs.

    Dated: October 25, 2017

**CAMPBELL, KILLIN, BRITTAN & RAY, LLC**

By: *s/William C. Brittan*
William C. Brittan, #17643
Margaret R. Pflueger, #39780
CAMPBELL, KILLIN, BRITTAN & RAY, LLC
270 St. Paul Street, Suite 200
Denver, CO 80206
Phone: (303) 322-3400

Fax: (303) 322-5800
Email: bbrittan@ckbrlaw.com
Email: mpflueger@ckbrlaw.com

DARLINE STEWART, appearing *pro se*

By: s/ *Darline Stewart*
Darline Stewart

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017 a true and correct copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** was filed via ECF and served via U. S. Mail to the following:

Darline Stewart
1927 27th Avenue
Greeley, CO 80634
darlinestewart@gmail.com

s/ Andrea Davis
Andrea Davis